FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 JUL -7 PM 3:02

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| BRADLEY ZACH WOLCHUK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 320-023 |
| ) | |
| ANTONIE CALDWELL, Warden, ) | |
| Johnson State Prison, ) | |
| ) | |
| Defendant. ) | |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** Plaintiff's complaint without prejudice for failure to exhaust administrative remedies and **CLOSES** this civil action.

SO ORDERED this 7th day of July, 2020, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE