AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BRADLEY ZACH WOLCHUK,

        Plaintiff,

        v.

ANTONIE CALDWELL, Warden, Johnson State Prison,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 320-023

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated July 7, 2020, the Magistrate Judge's Report and Recommendation is hereby ADOPTED as the Court's opinion; therefore, the Court DISMISSES Plaintiff's Complaint without prejudice for failure to exhaust administrative remedies. This action stands CLOSED.



07/07/2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/1/03